# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**  **Category No.** II  **Investigating Agency** U.S. Postal Inspection

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. ____  Case No. ____
Same Defendant ____  New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number  23-7084, 7185, 7236-7239-JCB
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name: Myesha Lewis   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ____

Address: (City & State) Boston, MA

Birth date (Yr only): 2001   SSN (last4#): 6141   Sex: F   Race: ____   Nationality: USA

**Defense Counsel if known:** ____   Address: ____

**Bar Number:** ____

**U.S. Attorney Information:**

AUSA: Luke A. Goldworm   Bar Number if applicable: 677657

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: ____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ____ on ____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/10/2023   Signature of AUSA: _/s/_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Myesha Lewis

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 111(a)(1) and §2 | Assaulting, resisting, or impeding certain officers or employees | 2 |
| Set 2 | 18 U.S.C. § 2114 and §2 | Robbery of any person having lawful charge, control, or custody of any mail matter, money or other prop. of U.S. | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____